COMMONWEALTH of Pennsylvania, Petitioner

v.

Anthony DEEDS, Respondent.

Supreme Court of Pennsylvania.

Dec. 29, 2006.

## ORDER

PER CURIAM.

AND NOW, this 29th day of December 2006, the Petition for Allowance of Appeal is **GRANTED** and the Order of the Superior Court is **REVERSED**. *See Commonwealth v. Hawkins,* 586 Pa. 366, 894 A.2d 716 (2006).